Eric B. Hull (#291167)
KERCSMAR & O'HARA PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Facsimile: (480) 421-1002
ebh@KandOlaw.com

Sean J. O'Hara (pro hac vice to be filed)
KERCSMAR & O'HARA PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480)421-1001
Facsimile: (480) 421-1002
sjo@KandOlaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., F/K/A FACEBOOK INC., and INSTRAGRAM LLC,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff ART Research and Technology LLC, and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

1

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CASE NO.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 24th day of May, 2023.

KERCSMAR & O'HARA PLLC

By: *s/ Eric B. Hull*
Eric B. Hull
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
*Attorneys for Plaintiff*

2
PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CASE NO.