UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ART RESEARCH AND TECHNOLOGY, LLC

Plaintiff(s),

v.

META PLATFORMS INC., F/K/A FACEBOOK INC., ET AL.,

Defendant(s).

Case No. 3:23-cv-02562-AGT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sean J. O'Hara, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Eric B. Hull, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 291167.

| | |
|---|---|
| 7150 E. Camelback Rd, Suite 285<br>Scottsdale, Arizona 85251 | 8200 Wilshire Blvd, Suite 222<br>Beverly Hills, California 90211 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 480-421-1001 | (310) 928-7885 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sjo@KandOlaw.com | ebh@KandOlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 024749.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/2/2023

Sean J. O'Hara
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sean J. O'Hara is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Clerk of this Court, certify that Sean James O'Hara was duly admitted to practice in this Court on December 13, 2006, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on May 31, 2023

_____
Debra D. Lucas
District Court Executive/Clerk of Court

_____
Beth Stephenson
DEPUTY CLERK