UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ART RESEARCH AND TECHNOLOGY LLC

Plaintiff(s),

v.

META PLATFORMS INC., F/K/A
FACEBOOK INC., ET AL. ,

Defendant(s).

Case No. 3:23-cv-02562-AGT

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____Sean J. O'Hara_____, an active member in good standing of the bar of

_____Arizona_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: _____Plaintiff_____ in the

above-entitled action. My local co-counsel in this case is _____Eric B. Hull_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _____291167_____.

7150 E. Camelback Rd, Suite 285
Scottsdale, Arizona 85251
_____
MY ADDRESS OF RECORD

480-421-1001
_____
MY TELEPHONE # OF RECORD

sjo@KandOlaw.com
_____
MY EMAIL ADDRESS OF RECORD

8200 Wilshire Blvd, Suite 222
Beverly Hills, California 90211
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 928-7885
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ebh@KandOlaw.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _____024749_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____0_____ times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _____6/2/2023_____                              _____Sean J. O'Hara_____

5                                                                    APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _____Sean J. O'Hara_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____June 5, 2023_____

16

17    _____

18                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28