Eric B. Hull (#291167)
KERCSMAR & O'HARA PLLC
1149 North Gower Street, Suite 216
Beverly Hills, California 90038
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002
ebh@KandOlaw.com

Sean J. O'Hara (admitted *pro hac vice*)
KERCSMAR & O'HARA PLLC
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480)421-1001
Facsimile:  (480) 421-1002
sjo@KandOlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., F/K/A FACEBOOK INC., and INSTRAGRAM LLC,<br><br>Defendants. | Case No. 3:23-cv-02562<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>(Assigned to Hon. Alex G. Tse) |

NOTICE IS HEREBY GIVEN that Eric B. Hull of Kercsmar & O' Hara PLLC has changed his address effective March 25, 2024. Mr. Hull' s mailing address has changed to:

Kercsmar & O' Hara PLLC
1149 North Gower Street, Suite 216
Los Angeles, California 90038

1

Notice is also given that Sean O'Hara of Kercsmar & O' Hara PLLC has changed his address, effective June 28, 2024. Mr. O'Hara's mailing address has changed to:

Kercsmar & O' Hara PLLC
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260

The firm's telephone numbers, facsimile, and email addresses remain the same.

DATED this 25th day of July, 2024.

KERCSMAR & O'HARA PLLC

By: *s/ Eric B. Hull*
Eric B. Hull
1149 North Gower Street, Suite 216
Los Angeles, California 90038

Sean J. O'Hara
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260

*Attorneys for Plaintiff*

2