Eric B. Hull (#291167)
KERCSMAR & O'HARA PLLC
1149 North Gower Street, Suite 216
Beverly Hills, California 90038
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002
ebh@KandOlaw.com

Sean J. O'Hara (admitted *pro hac vice*)
KERCSMAR & O'HARA PLLC
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480)421-1001
Facsimile:  (480) 421-1002
sjo@KandOlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART RESEARCH AND TECHNOLOGY LLC, | Case No. 3:23-cv-02562 |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| META PLATFORMS INC., F/K/A FACEBOOK INC., and INSTRAGRAM LLC, | (Assigned to Hon. Alex G. Tse) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ART Research and Technology LLC ("ART") hereby gives notice that it is voluntarily dismissing this case. Dismissal is without prejudice and effective upon filing without requiring an order from the Court.

1

1  DATED this 25th day of July, 2024.

2
3                                       KERCSMAR & O'HARA PLLC

4                                   By: *s/ Eric B. Hull*
                                        Eric B. Hull
5                                       1149 North Gower Street, Suite 216
                                        Los Angeles, California 90038
6
7                                       Sean J. O'Hara
                                        8800 East Raintree Drive, Suite 310
8                                       Scottsdale, Arizona 85260

9

10                                      *Attorneys for Plaintiff*

2